# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PETER CERRETA : | |
|    *Plaintiff,* : | |
| v. : | **Jury Trial Demanded** |
| : | Case No.: 3:21-cv-982 |
| JOHNSON & JOHNSON : | |
| : | |
| AND : | |
| : | |
| JOHNSON & JOHNSON VISION : | |
| CARE, INC. : | |
| : | |
|    *Defendant.* : | |
| _____: | |

## NOTICE OF SUPPLEMENTAL FILING

Plaintiff, Peter Cerreta, hereby notifies the Court of the submission of the attached Declaration of Plaintiff Peter Cerreta. The Supplemental Declaration attaches, as Exhibit A, a November 18, 2021 email that Defendants sent to Plaintiff. In that email Defendants exhibit the re-evaluation of their originally granted religious exemption request from having an expiration date of December 8, 2021 to an exemption with no expiration date.

   The Affiant provides that Defendants FAQs were not received by him after diligent search.

   Dated: 11/23/2021

                                                  Respectfully Submitted,

/s/*Jack Andreas Krumbein*
JACK ANDREAS KRUMBEIN, ESQ.
Florida Bar Number 0103068
Krumbein Law PLLC
12724 Gran Bay Parkway West
Suite 410
Jacksonville, Florida 32258
Tel: 407-800-7589
Facsimile: None
Email: Jack@jackandreaskrumbein.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Plaintiff, Peter Cerreta, by counsel certifies that I caused the foregoing document to be electronically filed via the Court's CM/ECF system. I further certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated: November 23, 2021

Respectfully Submitted,

/s/*Jack Andreas Krumbein*
JACK ANDREAS KRUMBEIN, ESQ.
Florida Bar Number 0103068
Krumbein Law PLLC

12724 Gran Bay Parkway West<br>
Suite 410<br>
Jacksonville, Florida 32258<br>
Tel: 407-800-7589<br>
Facsimile: None<br>
Email: Jack@jackandreaskrumbein.com<br>
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PETER CERRETA | : |
|    *Plaintiff,* | : |
| v. | :   **Jury Trial Demanded** |
| | :   Case No.: 3:21-cv-982 |
| JOHNSON & JOHNSON | : |
| AND | : |
| JOHNSON & JOHNSON VISION CARE, INC. | : |
|    *Defendant.* | : |

## DECLARATION OF PETER CERRETA

I, Peter Cerreta, declare as follows:

1. I am the Plaintiff in this case, and I am over the age of eighteen (18).

2. I am an employee of Defendants in the capacity of Senior Engineer.

3. On November 18, 2021, I received an email[1] from my employer's Global Services stating my religious exemption that had been granted with an expiration date of December 8, 2021, had been re-evaluated to have no expiration date.

---

[1] See Exhibit A – email received on November 18, 2021, just one day after the hearing on my Motion for Preliminary Injunction.

4. A Declaration of John Mills, Head of North America Employee Relations Service Delivery for Johnson & Johnson was filed on November 5, 2021, stating in part that a document with FAQs had been given to me when the religious exemption with expiration date of December 8, 2021, had been granted is not the case.

5. After a diligent search I have yet to find a copy of the FAQs as represented by John Mills in his Declaration. The FAQs as filed by John Mills does not have a date stamp on them either.

6. I believe that had Johnson & Johnson intended to automatically extend my religious exemption at the time it was granted, there would not have been an expiration date given to me.

7. Given the accommodation I was given as a result of my religious exemption, I am having to wear a mask and test prior to entry in to an employer building when other individuals who can also be infected and carry covid-19 are not required to do so.

Pursuant to 28 USC §1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

My name is: ___Peter Cerreta_____ (Printed Name)

Executed on (mm/dd/yyyy): __11/23/2021_____

Signature: _____
ID TP1fYi4hgeLBrgQ1pgejxFpQ

## eSignature Details

**Signer ID:** **TP1fYi4hgeLBrgQ1pgejxFpQ**
Signed by: Peter Cerreta
Sent to email: pcerreta6789@gmail.com
IP Address: 174.241.177.154
Signed at: Nov 23 2021, 1:41 pm PST

# EXHIBIT A

**Case 10941691 was updated to reflect No Expiration Date, no further action needed**

**J&J Global Services <esp-sfdc-admin@its.jnj.com>**
Thu 11/18/2021 4:26 PM
To: Oppelt, Eric J. [VIS] <EOPPELT@its.jnj.com>; Cerreta, Peter [VISUS] <PCerret2@its.jnj.com>

Hi Peter F Cerreta,

We have updated the Expiration Date on your COVID-19 Other Vaccine Accommodation case 10941691 to reflect this new date:  No Expiration date.  There is nothing further for you to do unless there is a change in the accommodation you have been granted, including as a result of changes in applicable safety and/or legal requirements.

*If you have any question or need further assistance, please* *"Contact Us"*

**Thank You,**

